UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

MELISSA LETTIERI,                              )
                                               )
                         Plaintiff,            )
                                               )     **JUDGMENT IN A CIVIL CASE**
            v.                                 )
                                               )     **CASE NO. 7:20-CV-157-D**
KILOLO KIJAKAZI, Acting Commissioner of        )
Social Security,                               )
                         Defendant.            )


**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the
Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the
Commissioner for further proceedings.


**This Judgment Filed and Entered on August 19, 2021, and Copies To:**
Vaughn Stephen Clauson                         (via CM/ECF electronic notification)
Amanda B. Gilman                               (via CM/ECF electronic notification)




DATE:                                 PETER A. MOORE, JR., CLERK
August 19, 2021                       (By)  /s/ Nicole Sellers
                                       Deputy Clerk