IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CV-00157-D

MELISSA LETTIERI,                    )
                                     )
            Plaintiff,               )
                                     )
        v.                           )        ORDER FOR PAYMENT OF
                                     )        ATTORNEY FEES UNDER
KILOLO KIJAKAZI,[1]                  )        THE EQUAL ACCESS TO JUSTICE ACT
Acting Commissioner of Social Security, )
                                     )
            Defendant.               )
_____ )

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to

Plaintiff $3,650.00, in full satisfaction of any and all claims arising under the Equal Access to

Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset

Program, payment will be made by check payable to Plaintiff's counsel, Vaughn S. Clauson, and

mailed to his office at The Clauson Law Firm, PLLC P.O. Box 110205, Durham, North Carolina

27709, in accordance with Plaintiff's assignment to her attorney of her right to payment of

attorney's fees under the Equal Access to Justice Act.

SO ORDERED this ___4___ day of October, 2021

                                    _____
                                    JAMES C. DEVER III
                                    UNITED STATES DISTRICT JUDGE

_____

[1] On July 9, 2021, Kilolo Kijakazi became the Acting Commissioner of Social Security and is
automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of
the Social Security Act, 42 USC 405(g)(action survives regardless of any change in the person
occupying the office of Commissioner of Social Security).